**Leroy K. BRIGGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 52651, WD 52803 and WD 52831.**

Missouri Court of Appeals,
Western District.

Oct. 15, 1996.

Jarrett Aiken Johnson, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Leroy K. Briggs appeals from the dismissal of his Rule 24.035 motion for postconviction relief based upon the motion being filed out of time.

Judgment affirmed. Rule 84.16(b).